UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY PEMBERTON,

    Plaintiff,

v.

    Case No. 1:22-cv-739

    Hon. Hala Y. Jarbou

BELL'S BREWERY, INC.,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.


Dated: March 18, 2024      /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   CHIEF UNITED STATES DISTRICT JUDGE